IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| JANE LYNN STAFFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAIL PLUS, INC., )<br>d/b/a THE BOX DOCTOR AND )<br>AMBASSADOR MOVING, )<br>)<br>Defendant. ) | Case No.: 05-CV-2438 JWL/DJW<br><br>State Court Case No.: 05CV6860 |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1337, 1441, 1445 and 1446, defendant Mail Plus, Inc. d/b/a The Box Doctor and Ambassador Moving (the "Box Doctor") hereby gives notice of the removal of this cause of action to the United States District Court for the District of Kansas. Defendant states as grounds for removal that:

1. On August 29, 2005, plaintiff Jane Lynn Stafford ("Stafford") commenced this action in the District Court of Johnson County, Kansas. The suit is numbered 05CV6860.

2. Because the Johnson County District Court is within the Tenth Judicial District of the State of Kansas, this Notice of Removal is being filed in the record office of the Clerk of this Court at Kansas City, pursuant to District of Kansas Rule 81.1(b).

3. On August 30, 2005, the District Court of Johnson County, Kansas issued its summons. Defendant received service on September 8, 2005.

4. This Notice of Removal has therefore been timely filed within thirty days of earliest receipt of plaintiff's petition, in accordance with 28 U.S.C. § 1446(b).

5. Plaintiff's petition seeks damages in excess of $50,000 from defendant for the alleged damage or loss incurred during the move of plaintiff's personal property.

6. In order to accommodate plaintiff's move, defendant was required to transport plaintiff's property from plaintiff's residence in Kansas, to store plaintiff's property in transit in defendant's storage facility at 5001 E. 59th Street, Kansas City, Missouri 64130 and to transport plaintiff's property from the Missouri storage facility back to plaintiff' residence in Kansas. *See* Affidavit of Andy Holmes, attached hereto as Exhibit A; *see also* Plaintiff's Petition, ¶ 5.

7. Transportation includes the storage and handling of personal property. *See* 49 U.S.C. § 13102(21). More importantly, the transportation of plaintiff's property between a place in Kansas and another place in Kansas through Missouri constitutes transportation in interstate commerce. *See* 49 U.S.C. § 13501(1) (B).

8. Because the moving of plaintiff's property constitutes transportation in interstate commerce and the damages sought by plaintiff as a result of this interstate move exceed $10,000, plaintiff's claims are governed by the Carmack Amendment to the Interstate Commerce Act. *See* 49 U.S.C. § 14706 *et seq*.

9. This Court accordingly has original jurisdiction over the claims alleged in plaintiff's petition under 28 U.S.C. §§ 1337 and 1445 and this action may be removed pursuant to 28 U.S.C. § 1446.

10. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings and process in this action that were served on or received by the defendant are attached hereto as Exhibit B. No other process, pleadings, or orders have been received by or served upon defendant.

11. Pursuant to 28 U.S.C. § 1446 and District of Kansas Rule 81.1, defendant will file a copy of this Notice of Removal with the Clerk of the District Court of Johnson County, Kansas, will provide prompt notice to the plaintiff, and will file proof of service of all notices and filings with the Clerk of this Court.

12.     Pursuant to District of Kansas Rule 81.2, within twenty days after the filing of this Notice of Removal, defendant will procure a copy of all records and proceedings had in the District Court of Johnson County, Kansas, and will file a copy of such proceedings with the Clerk of this Court.

**WHEREFORE**, defendant requests that this cause be removed from the District Court of Johnson County, Kansas to this Court and that all other proceedings in the District Court of Johnson County, Kansas be stayed.

**DESIGNATION OF TRIAL:** Kansas City, Kansas

Respectfully submitted,

s/ David M. Buffo
_____
Kenneth R. Hoffman          MO#55865
David M. Buffo              KS #21399
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main, Suite 1000
Kansas City, Missouri  64112
Telephone:   (816)  983-8000
Telecopier:  (816)  983-8080
E-mail: khoffman@blackwellsanders.com
E-mail: dbuffo@blackwellsanders.com

*Attorneys for Mail Plus, Inc.,*
*d/b/a The Box Doctor and Ambassador Moving*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served via United States mail, postage prepaid, this 11th day of October, 2005, upon:

Greg A. Harding
Stafford & Associates
4600 Madison, Ste. 150
Kansas City, Missouri 64112
(816) 931-1800
(816) 931-2200 facsimile

s/ David M. Buffo